HEATHER DAVIS, SBN 239372
heather@protectionlawgroup.com
PETER HORTON, SBN 227678
peter@protectionlawgroup.com
SHADI SAHEBGHALAM, SBN 343403
shadi@protectionlawgroup.com
**PROTECTION LAW GROUP, LLP**
149 Sheldon Street
El Segundo, California 90245
Tel.: (424) 290-3095 / Fax: (866) 264-7880

*Attorneys for* Plaintiff MIREYA MARTINEZ

[*Additional Counsel on Next Page*]

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIREYA MARTINEZ, individually and on behalf of other similarly situated, and as an aggrieved employee and Private Attorney General,<br><br>Plaintiffs,<br><br>vs.<br><br>CENCORA, INC., a Delaware corporation; AMERISOURCEBERGEN DRUG CORPORATION, a Delaware corporation; AMERISOURCEBERGEN SERVICES CORPORATION, a Delaware corporation; AMERISOURCEBERGEN SPECIALTY GROUP, LLC, a Delaware limited liability company; and DOES 1 through 50, inclusive,<br><br>Defendants | Case No.: 5:24-cv-02663-MRA-SHK<br><br>*Assigned for All Purposes to: Hon. Mónica Ramírez Almadani, Courtroom 10B*<br><br>**JOINT STIPULATION TO REMAND ACTION TO SAN BERNARDINO COUNTY SUPERIOR COURT**<br><br>[Removed from San Bernardino County Superior Court, Case No. CIVRS2401305]<br><br>Complaint Filed:  October 7, 2024<br>FAC Filed:  November 22, 2024<br>Removal Date:  December 18, 2024<br>Trial Date:  None Set |

1
2  ANDREW P. FREDERICK, SBN 282832
   andrew.frederick@morganlewis.com
3  MICHELLE L. QUACH, SBN 335098
4  Michelle.quach@morganlewis.com
   **MORGAN LEWIS & BOCKIUS, LLP**
5  1400 Page Mill Road
6  Palo Alto, California 94304
   Tel.: (650) 843-4000 / Fax: (650) 843-4001
7
8  *Attorneys for* Defendants CENCORA, INC., AMERISOURCEBERGEN DRUG
   CORPORATION, AMERISOURCEBERGEN SERVICES CORPORATION, and
9  AMERISOURCEBERGEN SPECIALTY GROUP, LLC

**TO THE HONORABLE COURT HEREIN:**

Plaintiff MIREYA MARTINEZ, ("Plaintiff") and Defendants CENCORA, INC., AMERISOURCEBERGEN DRUG CORPORATION, AMERISOURCEBERGEN SERVICES CORPORATION, and AMERISOURCEBERGEN SPECIALTY GROUP, LLC ("Defendants") (collectively with Plaintiff, the "Parties") by and through their respective counsel of record, hereby stipulate and respectfully request that the Court remand this action to the Superior Court of the State of California, County of San Bernardino, and state as follows:

WHEREAS, on October 7, 2024, Plaintiff commenced a representative action lawsuit in the Superior Court of the State of California, County of San Bernardino, entitled *Mireya Martinez v. Cencora, Inc., et al.,* Case No. CIVRS2401305 ("Action");

WHEREAS, on December 18, 2024, Defendants removed this action to the United States District Court for the Central District of California (Dkt. No. 1.);

WHEREAS, on or about September 5, 2025, the Parties agreed to stay discovery and attend private mediation with Jonathan Andrews, Esq. on November 17, 2025;

WHEREAS, at the mediation on November 17, 2025, the Parties reached an agreement in principle to resolve this matter on a class and representative basis;

WHEREAS, the Parties are currently in the process of memorializing the settlement terms in a long-form settlement agreement;

WHEREAS, the Settlement involves an amount less than $5,000,000.00.

WHEREAS, after meeting and conferring, and with this Court's approval, the Parties have agreed to remand this Action back to San Bernardino Superior Court, where the Action was originally filed;

WHEREAS, after this case is remanded, the Parties will seek approval of the settlement before the San Bernardino Superior Court; and

WHEREAS, in light of the Parties' agreement and the resolution of the action, the Parties jointly request that the Court remand this matter to the San Bernardino

County Superior Court.

    THEREFORE, IT IS HEREBY STIPULATED AS FOLLOWS:

    1. The Action shall be remanded to the Superior Court for the State of California, County of San Bernardino.

    2. The Parties shall each bear their own attorneys' fees and costs with respect to the removal and subsequent remand of the Action pursuant to this Stipulation and the Court's Order thereon.

    **IT IS SO STIPULATED.**

DATED: January 5, 2026      **PROTECTION LAW GROUP, LLP**

By: _____
Heather Davis
Peter Horton
Shadi Sahebghalam
*Attorneys for* Plaintiff

DATED: January 5, 2026      **MORGAN, LEWIS, & BOCKIUS, LLP**

By: /s/ Michelle L. Quach
Andrew P. Frederick
Michelle L. Quach
*Attorneys for* Defendants