# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MIREYA MARTINEZ, individually and on behalf of other similarly situated, and as an aggrieved employee and Private Attorney General,<br><br>Plaintiffs,<br><br>vs.<br><br>CENCORA, INC., a Delaware corporation; AMERISOURCEBERGEN DRUG CORPORATION, a Delaware corporation; AMERISOURCEBERGEN SERVICES CORPORATION, a Delaware corporation; AMERISOURCE SPECIALTY GROUP, LLC, a Delaware limited liability company; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 5:24-cv-02663-MRA-SHK<br><br>*Assigned for All Purposes to: Hon. Mónica Ramírez Almadani, Courtroom 10B*<br><br>**ORDER RE: STIPULATION TO REMAND THIS ACTION TO SAN BERNARDINO COUNTY SUPERIOR COURT [33]**<br><br>[Removed from San Bernardino County Superior Court, Case No. CIVRS2401305]<br><br>Complaint Filed: October 7, 2024<br>FAC Filed: November 22, 2024<br>Removal Date: December 18, 2024<br>Trial Date: None Set |

# ORDER

The Court, having considered the Parties' Stipulation to Remand the Action to San Bernardino County Superior Court, and for good cause appearing, **HEREBY ORDERS AS FOLLOWS**:

1. The Parties' Stipulation to Remand is **GRANTED**.
2. This action is hereby **REMANDED** to the Superior Court of the State of California, County of San Bernardino.
3. The Clerk of the Court is directed to **remand the case forthwith** and close this matter.
4. The Parties shall each bear their own attorneys' fees and costs with respect to the removal and subsequent remand of the Action pursuant to this Stipulation and the Court's Order thereon.

IT IS SO ORDERED.

Dated: January 7, 2026

_____
HON. MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE